JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH BAXLEY in her individual and representative capacities,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BARTON ASSOCIATES, INC., a Delaware Corporation and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendant. | Case No.: CV 22-1011-DMG (JCx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [34]** |

The Court, having considered the parties' Stipulation for Order Dismissing Case with Prejudice, and good cause appearing, the Court hereby orders that the above-captioned action is dismissed in its entirety, with prejudice.

IT IS SO ORDERED.

DATED: November 7, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE